# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 22, 2011**

| | | |
|---|---|---|
| CAAP–11–00 00056 | State v. Crabbe | Affirmed |

**December 28, 2011**

| | | |
|---|---|---|
| 30572 | Woolsey v. State | Affirmed |

**December 29, 2011**

| | | |
|---|---|---|
| 29827 | Association of Apartment Owners of Intern. Colony Club v. Deigert | Affirmed |
| 30245 | Kekona v. State | Vacated and Remanded |

**January 6, 2012**

| | | |
|---|---|---|
| 30464 | State v. Ariyoshi | Affirmed |

**January 9, 2012**

| | | |
|---|---|---|
| 30580 | Kahawaiolaa v. United Airlines, Inc. | Affirmed |
| CAAP–10–00 00041 | State v. Kaoihana | Affirmed |

**January 12, 2012**

| | | |
|---|---|---|
| 30363 | State v. Tennis | Vacated, Remanded and Affirmed |

**January 13, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00039 | NY, In re | Affirmed |
| 30504 | Simpkins v. Aoao Lakeview | Affirmed |
| 30326 | State v. Buono | Vacated and Remanded |
| CAAP–11–00 00006 | State v. Morris | Affirmed |